SALMON V. SALMON, ET AL.

(November 21, 1912.)

APPEAL from Tallapoosa Chancery Court.

Heard before Hon. W. W. WHITESIDE.

JAS. W. STROTHER, for appellant.   No counsel marked for appellee.

Per Curiam.   Appeal dismissed.

---

STOLLENWERCK, ET AL. V. MARKS, ET AL.

(December 18, 1912.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

BALL & SAMFORD, for appellants.   MARKS & SAYRE and J. M. CHILTON, for appellee.

Per Curiam.   Appeal dismissed.

---

WELLS AMUSEMENT CO. V. WHEELER.

(December 21, 1912.)

APPEAL from Birmingham City Court.

Heard before Hon. CHAS. W. FERGUSON.

TILLMAN, BRADLEY & MORROW and FRANK M. DOMINICK, for appellants.   W. T. EDWARDS, for appellee.

MAYFIELD, J.—Affirmed on the facts under the authority of *Cobb v. Malone,* 92 Ala. 630.   All concur.